UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. 07-332 |
| v. : | CONSENT ORDER FOR CONTINUANCE |
| RUSSELL CHRISTIE : | |

This matter having come before the Court on the application of Russell Christie, defendant in the captioned matter by his attorney, Lorraine Gauli-Rufo, Esq., Assistant Federal Public Defender, with the consent of Harvey Bartle, IV, Assistant United States Attorney, for an order granting a stay and continuance in the above-captioned proceedings from March 24, 2008, through April 12, 2008, and the defendant being aware that he has the right to have the matter submitted to a jury for trial within seventy days of the date of his indictment pursuant to Title 18 of the United States Code, Section 3161(c), and it appearing that the defendant waives such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued until April 12, 2008, that defense pretrial motions shall be filed on that date; that the Government's reply shall be due on May 12, 2008 and the motions shall be returnable on a date to be set by the Court, and the trial shall be scheduled on a date to be set by the Court, for the following reasons:

1. Plea negotiations are in progress between the parties and additional time is necessary to work toward reaching a plea agreement, which would render trial of this matter unnecessary;

2. Defendant has consented to the aforementioned continuance; and

3. The grant of a continuance will likely conserve judicial resources. Pursuant to Title 18 of United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on the ___ Day of March, 2008,

ORDERED that the proceedings scheduled in the above-captioned matter be continued from March 24, 2008 through April 12, 2008, and

IT IS FURTHER ORDERED that the period from March 24, 2008 through April 12, 2008, shall be excluded in computing time under the Speedy Trial Act of 1974.

*Harold A. Ackerman*
--------------------------------------------
HONORABLE HAROLD A. ACKERMAN
United States District Judge