NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 07-332 (HAA) |
| | ) | |
| RUSSELL CHRISTIE, | ) | **SCHEDULING ORDER** |
| | ) | |
| Defendant. | ) | |

Trial in this matter is set for **Wednesday, October 1, 2008 at 10:00 AM.** Note also that the Court will be closed on **Thursday, October 9, 2008.** This Court hereby ORDERS the following schedule for oral argument of pending motions, submission of motions *in limine* or other evidentiary motions, proposed voir dire, proposed jury instructions, and proposed verdict sheets:

**I.     Oral Argument on Pretrial Motions**

With regard to the pretrial motions filed by Defendant Christie on April 14, 2008, this Court will hear oral argument on **Tuesday, July 22, 2008**.

**II.    Motions in Limine or Other Evidentiary Motions**

Any motions *in limine* or other evidentiary motions that require written briefing must be filed no later than **Monday, August 4, 2008**. Responses shall be due no later than **Monday, August 11, 2008**.

**III.     Proposed Voir Dire**

No later than **Monday, August 18, 2008**, the parties shall submit proposed voir dire questions to the Court and to other counsel.  The Court will conduct its own voir dire at jury selection.  Prior to jury selection, the Court will make rulings on the record on the parties' requested voir dire and will provide counsel with the list of the questions the Court will pose to prospective jurors.

**IV.     Proposed Jury Instructions and Verdict Sheet**

The Court maintains standard general jury instructions for all criminal cases.  These standard instructions have been used without objection in prior trials, and do not address the substantive elements of any criminal offense.  The parties shall obtain a copy of the Court's general instructions from the Court.  If a party has any objections to any of the Court's general instructions, it shall advise opposing counsel and the Court in writing no later than **Tuesday, September 2, 2008**.

No later than **Monday, August 25, 2008**, the Government shall submit to Defendant's counsel, in writing, the Government's proposed *substantive* jury instructions, including any instructions previously agreed upon by the parties.  Each instruction shall be on a separate page and numbered in sequence.  Each instruction shall include citations to authorities, if any.  To allow defense counsel to set forth objections on the face of the Government's proposed instructions, as outlined below, the Government shall serve its proposed instructions on Defendant's counsel in electronic format.

Defendant's counsel shall, on the face of the proposed jury instructions submitted by the

Government, set forth any objections to the proposed jury instructions and/or proposed counter-instructions.

No later than **Tuesday, September 2, 2008**, Defendant's counsel shall submit the complete set of the Government's proposed jury instructions and Defendant's objections and/or proposed counter-instructions *to the Court and to all other counsel*. Defense counsel shall submit these materials to the Court by both CM/ECF and by email. Counsel shall contact Chambers for the appropriate email address.

No later than **Tuesday, September 2, 2008**, the parties shall each submit their proposed verdict sheets to the Court and to other counsel.


Dated: June 18, 2008
Newark, New Jersey

                                                /s/ Harold A. Ackerman
                                                U.S.D.J.