UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Harold A. Ackerman |
| v. | : | Criminal No. 07-332 |
| RUSSELL CHRISTIE | : | SCHEDULING AND CONTINUANCE ORDER |

This matter having come before the Court on the joint application of Christopher

J. Christie, United States Attorney for the District of New Jersey (by Lee D. Vartan, Assistant

U.S. Attorney), and defendant Russell Christie (by Lorraine Gauli-Rufo, Esq., Assistant Federal

Public Defender), for an order setting the briefing and trial schedules in this matter and for an

order granting a continuance of the proceedings in this matter:

IT IS ORDERED that argument of the motions filed shall be July 24, 2008 at

11:30 a.m.;

IT IS FURTHER ORDERED that the trial in this matter shall be October 1, 2008

at 10 a.m.

IT IS FURTHER ORDERED that the period from July 15, 2008 through October

1, 2008 shall be excludable in computing time under the Speedy Trial Act of 1974 because: (1)

the parties are engaged in discussions concerning entering into a plea agreement, and the

defendant desires additional time to review discovery, and both the United States and the

defendant seek additional time to pursue such discussions, which may render trial of this matter

unnecessary; (2) the defendant has consented to the continuance; (3) the grant of a continuance

will likely conserve judicial resources; and (4) pursuant to Title 18 of the United States Code,

Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best

interests of the public and the defendant in a speedy trial.

HON. HAROLD A. ACKERMAN
United States District Judge            7/17/08