UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Harold A. Ackerman |
| v. | : | Criminal No. 07-332 |
| RUSSELL CHRISTIE | : | <u>CONTINUANCE ORDER</u> |

This matter having come before the Court on the joint application of Christopher J. Christie, United States Attorney for the District of New Jersey (by Lee D. Vartan, Assistant U.S. Attorney), and defendant Russell Christie (by Lorraine Gauli-Rufo, Esq., Assistant Federal Public Defender), for an order granting a continuance of the proceedings in this matter:

IT IS ORDERED that the period from September 9, 2008 through October 15, 2008 shall be excludable in computing time under the Speedy Trial Act of 1974 because: (1) the parties are engaged in discussions concerning entering into a plea agreement, and the defendant desires additional time to review discovery, and both the United States and the defendant seek additional time to pursue such discussions, which may render trial of this matter unnecessary; (2) the defendant has consented to the continuance; (3) the grant of a continuance will likely conserve judicial resources; and (4) pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

*Harold A. Ackerman* 9/10/08
HON. HAROLD A. ACKERMAN
United States District Judge