UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CHAMBERS OF
HAROLD A. ACKERMAN
SENIOR  JUDGE

UNITED STATES DISTRICT COURT
POST OFFICE BOX 999
NEWARK, NEW JERSEY 07101-0999

December 3, 2008

**RE:**   *United States v. Christie*, Criminal No. 07-332

**TO ALL COUNSEL OF RECORD**

Dear Counsel:

On December 2, 2008, counsel for Defendant Russell Christie filed a Notice of Motion for a Judgment of Acquittal (Doc. No. 82).  No brief was filed with the motion.

Defendant shall file a brief in support of this motion no later than **December 8, 2008**. The Government's response shall be filed no later than **December 15, 2008**.

SO ORDERED

/s/ Harold A. Ackerman
U.S.D.J.