UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>HAROLD A. ACKERMAN<br>SENIOR JUDGE | UNITED STATES DISTRICT COURT<br>POST OFFICE BOX 999<br>NEWARK, NEW JERSEY 07101-0999 |

December 8, 2008

**RE:**   *United States v. Christie*, Criminal No. 07-332

<u>**TO ALL COUNSEL OF RECORD**</u>

Dear Counsel:

On December 2, 2008, counsel for Defendant Russell Christie filed a Notice of Motion for a Judgment of Acquittal (Doc. No. 82). No brief was filed with the motion.

The Court initially filed a scheduling order setting briefing deadlines on December 3, 2008, but due to a filing error, this order was not entered on the docket or received by the parties. Accordingly, the Court now issues this revised scheduling order. Defendant shall file a brief in support of this motion no later than **December 12, 2008**. The Government's response shall be filed no later than **December 19, 2008**.

SO ORDERED

/s/ Harold A. Ackerman
U.S.D.J.