UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CHAMBERS OF  
HAROLD A. ACKERMAN  
SENIOR JUDGE

UNITED STATES DISTRICT COURT  
POST OFFICE BOX 999  
NEWARK, NEW JERSEY 07101-0999

December 10, 2008

RE:   *United States v. Christie*, Criminal No. 07-332

**TO ALL COUNSEL OF RECORD**

Dear Counsel:

On December 2, 2008, counsel for Defendant Russell Christie filed a Notice of Motion for a Judgment of Acquittal (Doc. No. 82). No brief was filed with the motion.

This Court filed a revised scheduling order on December 8, 2008, setting December 12 as the Defendant's deadline for filing a brief in support of the motion. Counsel for Defendant filed a letter on December 9 requesting additional time; the Government has no objection. The Court hereby GRANTS the Defendant's request. Defendant shall file a brief in support of the motion for judgment of acquittal no later than **January 5, 2008**. The Government's response shall be filed no later than **January 19, 2008**.

SO ORDERED

/s/ Harold A. Ackerman  
U.S.D.J.