```
                    UNITED STATES DISTRICT COURT
                              for the
                       DISTRICT OF NEW JERSEY
```

------------------------------X
**UNITED STATES OF AMERICA,**

                                                  CR. 07-332-1(HAA)

                                                 ORDER OF REASSIGNMENT

       vs.

**RUSSELL CHRISTIE,**
------------------------------X

     It is on this 7th day of January, 2010,

     O R D E R E D that the above entitled action is reassigned from Judge Harold A. Ackerman to Judge Garrett E. Brown, Jr.

                                           _s/Garrett E. Brown, Jr.___
                                    GARRETT E. BROWN, JR., CHIEF JUDGE
                                      UNITED STATES DISTRICT COURT