NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Hon. Garrett E. Brown, Jr. |
| v. ) | Criminal No. 07-332 |
| RUSSELL CHRISTIE ) | **ORDER** |
| Defendant. ) | |

This matter having come before the Court on the pro se motions (Doc. Nos. 133, 135, and 136) of Defendant Russell Christie for disclosure of undisclosed discovery and portions of the sentencing transcript; and it appearing that the Hon. Harold A. Ackerman, Senior United States District Judge, entered Judgment (Doc. No. 117) of Defendant's conviction and sentence on June 25, 2009; and this matter having been reassigned to the undersigned by Order of November 12, 2009; and the Court no longer having jurisdiction over this matter now on appeal;

IT IS THIS 11th day of February, 2010,

ORDERED that Defendant's motions (Doc. Nos. 133, 135, and 136) are hereby DENIED.

Dated: February 11, 2010

                                                                                                    /s/ Garrett E. Brown, Jr.
                                                                           GARRETT E. BROWN, JR., U.S.D.J.